IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-351-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FURMAN ALEXANDER FORD, | ) | |
| Defendant. | ) | |

This matter comes before the court on the following motions, to which the government has responded indicating it has no opposition: 1) motion to sequester (DE 30); 2) motion for Jencks material (DE 31); 3) motion to reveal concessions or deals (DE 32); 4) motion to preserve evidence (DE 33); and motion for leave to file further pretrial motions (DE 34).

Pursuant to Federal Rule of Evidence 615, for good cause shown, defendant's motion to sequester (DE 30) is GRANTED. All trial witnesses shall be sequestered, and the parties are prohibited from revealing the substance of the trial testimony to any person who may be called as a witness at trial excepting that the government may designate one agent as its chief investigating agent, who may "remain in the courtroom throughout proceedings, even if he [or she] is expected to testify." United States v. Farnham, 791 F.2d 331, 334 (4th Cir. 1986); see also Fed. R. Evid. 615(b).

Defendant's motion for disclosure of Jencks material (DE 31) pursuant to Federal Rule of Criminal Procedure 16 and 18 U.S.C. § 3500 (the "Jencks Act") is GRANTED. The government shall provide all material subject to disclosure under the Jencks Act to defendant's counsel no later than November 2, 2020.

Defendant's motion for disclosure of concessions or deals (DE 32) pursuant to Federal Rule of Criminal Procedure 16, <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>Giglio v. United States</u>, 405 U.S. 150 (1972), is GRANTED. The government shall provide all such material to defendant's counsel no later than November 2, 2020.

Defendant's motion for the preservation of evidence (DE 33) pursuant to Rule 16, the Jencks Act, <u>Brady</u>, and <u>Giglio</u>, is GRANTED. The government has an ongoing duty to preserve all such material.

For good cause shown, pursuant to Federal Rule of Criminal Procedure 12(c)(2), defendant's motion for leave to file pretrial motions is GRANTED. Pretrial motions shall be filed on or before November 9, 2020, which is also the deadline for motions in limine, in accordance with the court's August 7, 2020, trial scheduling order. All other terms and conditions set forth in the court's August 7, 2020, trial scheduling order, not altered herein, shall remain in full force and effect.

SO ORDERED, this the 14th day of October, 2020.

*[Signature]*
LOUISE W. FLANAGAN
United States District Judge

2

Case 5:20-cr-00351-FL   Document 37   Filed 10/14/20   Page 2 of 2