IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-351-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FURMAN ALEXANDER FORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding defendant's pro se filing entitled "Motion for Writ of Error Coram Nobis" (DE 123) and on defendant's pro se request for discovery materials (DE 140). No objections to the M&R have been filed, and the time within which to make any objection has expired. Issues raised are ripe for ruling.

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). Absent a specific and timely filed objection, the court reviews only for "clear error," and need not give any explanation for adopting the M&R. Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). In this case, the magistrate judge thoroughly and cogently addresses the issues raised by defendant's August 5, 2021, filing, construing it liberally and fairly. Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion for relief in all forms (DE 123) is DENIED.

Further, as to defendant's request for discovery, on the government's representation that the relevant materials are already in defendant or his stand-by counsel's possession (DE 141), that motion (DE 140) is DENIED AS MOOT.

SO ORDERED, this the 28th day of October, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge